Andrew Altschul, CSB No. 226008
BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, OR 97204
Email: andrew@baaslaw.com
Telephone: 503-974-5015
Facsimile: 971-230-0337

Attorneys for Defendants
NETWORK APPLIANCE, INC. EMPLOYEE BENEFIT PLAN and STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| CONRAD MINSHALL,<br><br>            Plaintiff,<br><br>v.<br><br>NETWORK APPLIANCE, INC. EMPLOYEE BENEFIT PLAN and STANDARD INSURANCE COMPANY,<br><br>            Defendants. | Case No. CV 10-4745 LHK<br><br>DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER |

   PLEASE TAKE NOTICE THAT Defendants NETWORK APPLIANCE, INC. EMPLOYEE BENEFIT PLAN and STANDARD INSURANCE COMPANY substitute Andrew M. Altschul (#226008), Buchanan Angeli Altschul & Sullivan LLP, 321 SW 4th Avenue, Suite 600, Portland, Oregon as their counsel of record for this action in place of Shawn Hanson (#109321), Maria Ellinikos (#235528), and Ezekiel Rauscher (#269141) of Aiken Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California.

   This substitution is accepted by both incoming and outgoing attorneys.

DATED this 26th day of April 2011.

| BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| */s/ Andrew Altschul* <br> Andrew Altschul, CSB No. 226008 | */s/ Maria Ellinikos* <br> Shawn Hanson (SBN 109321) <br> Maria Ellinikos (SBN 235528) <br> Ezekiel Rauscher (SBN 269141) |

IT IS SO ODERED.

DATED: April 27, 2011

_____
Honorable Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE

2
**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**                    Case No. CV 10-4745 LHK