CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566 voice
(408) 399-6683 facsimile
Email: cbperk@earthlink.net

Attorney for Plaintiff
CONRAD MINSHALL

ANDREW ALTSCHUL (SBN 226008)
BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, OR 97204
Email: andrew@baaslaw.com
Telephone: 503-974-5015
Facsimile: 971-230-0337

Attorneys for Defendants
NETWORK APPLIANCE, INC. EMPLOYEE
BENEFIT PLAN and STANDARD INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONRAD MINSHALL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NETWORK APPLIANCE, INC. EMPLOYEE BENEFIT PLAN, and STANDARD INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No.  CV10-4745 LHK<br><br>STIPULATION AND ORDER CONTINUING BENCH TRIAL AND BRIEFING SCHEDULE<br><br>**AS MODIFIED BY THE COURT**<br><br>TRIAL DATE:  January 12, 2012<br>DEPT:	Courtroom 8, 4th Floor<br>JUDGE:  Honorable Lucy H. Koh |

　　　　WHEREAS, the Court set Motions for Adjudication to be heard in this matter January 12, 2012, with Opening Briefs due November 23, 2011;

Page 1

STIPULATION AND ORDER CONTINUING	Case No. 10-CV-4745 LHK
MOTIONS FOR ADJUDICATION AND BRIEFING SCHEDULE

1  WHEREAS, the Plaintiff is scheduled for hip replacement surgery during the briefing schedule for the Motions for Adjudication and so will be unavailable to consult with counsel during part of the briefing schedule and otherwise assist his counsel;

WHEREAS, counsel for Plaintiff has just recently had a recurrence of a medical condition which has and will cause a loss of time and ability to focus in the short term, and which causes a need for Plaintiff's counsel to reduce his workload for the next few months;

WHEREAS, Defendants are not prejudiced by a continuance; and

WHEREAS, no continuations have previously been requested in this case;

THEREFORE, the parties, by their attorneys of record, hereby stipulate that the Motions for Adjudication hearing, currently scheduled for January 12, 2012, be continued until on or about March 15, 2012, with the briefing schedule similarly continued.

IT IS SO STIPULATED.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  November 4, 2011           BY:   /s/ Charles B. Perkins
                                         CHARLES B. PERKINS
DATE:  November 4, 2011            FLYNN, ROSE & PERKINS

                                   By /s/ Charles B. Perkins
                                   CHARLES B. PERKINS

                                   Attorney for Plaintiff
                                   CONRAD MINSHALL

DATE:   November 4, 2011           BUCHANAN ANGELI ALTSCHUL
                                     & SULLIVAN LLP

                                   By /s/ Andrew Altschul
                                      Andrew Altschul

                                   Attorneys for Defendants
                                   NETWORK APPLIANCE, INC EMPLOYEE BENEFIT
                                   PLAN and STANDARD INSURANCE COMPANY

# ORDER

Having considered the Stipulation of the parties, it is hereby ordered that the hearing for Motions for Adjudication in this matter, currently scheduled for January 12, 2012, is hereby continued to **March 15, 2012, at 1:30 p.m, to last approximately 2 hours.**

**Although the Civil Local Rules have changed such that the briefing schedule is calculated from the filing of the opening brief instead of the hearing date,** *see* **Civil L.R. 7-2, in light of Plaintiff's and Plaintiff's counsel's medical conditions, the Court sets the following briefing schedule:**

    **Opening briefs due February 9, 2012.**

    **Opposition briefs due February 23, 2012.**

    **Reply briefs due March 1, 2012.**

IT IS SO ORDERED.

DATE:  November 4, 2011

_____
THE HONORABLE LUCY H. KOH
U.S. District Court Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Lucy H. Koh