UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONRAD MINSHALL, <br><br> Plaintiff, <br><br> v. <br><br> NETWORK APPLIANCE, INC. EMPLOYEE BENEFIT PLAN, and STANDARD INSURANCE COMPANY, <br><br> Defendants. | Case No.: 5:10-CV-04745-LHK <br><br> ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Conrad Minshall filed a complaint on October 20, 2010, seeking benefits under an ERISA long term disability plan. Plaintiff filed a First Amended Complaint ("FAC") on January 14, 2011. ECF No. 8. Defendants filed an answer to the FAC on February 18, 2011. ECF No. 11. At the initial case management conference a case schedule was set, including a motions for adjudication hearing date of January 12, 2012. Case Management Order, ECF No. 15. The parties requested a continuance of the January 12, 2012 hearing date. ECF No. 24. In response, on November 4, 2011, the briefing schedule on the motions for adjudication was reset as follows:

    Opening briefs due February 9, 2012.
    Opposition briefs due February 23, 2012.
    Reply briefs due March 1, 2012
    Hearing Date is March 15, 2012.

1

Case No.: 10-cv-04745-LHK
ORDER TO SHOW CAUSE

*See* ECF No. 25, *see also* Case Management Order, November 30, 2011, ECF No. 29. The deadline to file motions for adjudication has passed, and neither party has filed a motion pursuant to the Court's scheduling order. Accordingly, the March 15, 2012 hearing date is VACATED.

The Court has not heard from the parties since the November 30, 2011 case management conference. Indeed, neither party has filed anything indicating whether they have reached a settlement, or whether Plaintiff intends to pursue this case. Therefore, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. This Order does not authorize either party to file untimely motions for adjudication.

Plaintiff has until **February 23, 2012** to file either a stipulated dismissal or a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **Thursday, March 15, 2012 at 1:30 P.M.** Plaintiff's failure to respond to this Order and to appear at the March 15, 2012 hearing will result in dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 14, 2012

LUCY H. KOH
United States District Judge