Andrew Altschul, CSB No. 226008
BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, OR 97204
Email: andrew@baaslaw.com
Telephone: 503-974-5015
Facsimile: 971-230-0337

Attorneys for Defendants
NETWORK APPLIANCE, INC. EMPLOYEE BENEFIT
PLAN and STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| CONRAD MINSHALL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NETWORK APPLIANCE, INC.<br>EMPLOYEE BENEFIT PLAN and<br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. CV 10-4745 LHK<br><br>**STIPULATED DISMISSAL**<br>AND ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the above-referenced action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this _14___ day of February, 2012.

| | |
|---|---|
| FLYNN ROSE & PERKINS | BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP |
| s/ Charles Perkins | s/ Andrew Altschul |
| Charles B. Perkins, #126942<br>cbperk@earthlink.net<br>Telephone: 408-399-4566 | Andrew Altschul, CSB No. 226008<br>andrew@baaslaw.com<br>Telephone: 503-974-5015 |

Pursuant to the stipulation of the parties, the above-referenced action is dismissed, with prejudice. The Clerk shall close the file.

IT IS SO ORDERED:

Dated: February 16, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge